ACCEPTED
03-16-00248-cv
11229657
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/20/2016 1:26:06 PM
JEFFREY D. KYLE
CLERK

No. 03-16-00248-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

6/20/2016 1:26:06 PM

JEFFREY D. KYLE
Clerk

IN THE
THIRD DISTRICT COURT OF APPEALS
AT AUSTIN, TEXAS

JOSE A. SOLIZ,

Appellant,

v.

HOME DEPOT U.S.A., INC.,

Appellee.

Appeal from the 26TH Judicial District Court
of Williamson County, Texas

## APPELLEE HOME DEPOT U.S.A., INC.'S
## MOTION TO DISMISS FOR LACK OF JURISDICTION

**TO THE HONORABLE COURT:**

Comes now Appellee, Home Depot U.S.A., Inc. ("Home Depot"), and files this Motion to Dismiss for Lack of Jurisdiction, and in support thereof, would respectfully show unto the Court as follows:

### GROUNDS FOR MOTION

Home Depot respectfully requests that this appeal be dismissed because Appellant Jose A. Soliz ("Appellant") failed to timely file his Notice of Appeal in compliance with Rule 26.1 of the Texas Rules of Appellate Procedure, failed to comply with Rule 25.1(d)

with respect to the required contents of a Notice of Appeal, failed to pay the required appellate filing fees as directed by this Court, and failed to file an Amended Notice of Appeal as directed by this Court.

**ARGUMENT AND AUTHORITIES**

Appellant appeals from the Order of Dismissal entered by the 26th Judicial Court in Williamson County, Texas in favor of Home Depot on March 10, 2016. A true and correct copy of this Order is attached hereto as **Exhibit "A."** Under Tex. R. App. P. 26.1 and 4.1(a), Appellant's Notice of Appeal was required to be filed with the District Clerk with the Court of Appeals by April 11, 2016. Rule 25.1(d) further requires that this notice must: (1) identify the trial court and state the case's trial court number and style; (2) state the date of the judgment or order appealed from; (3) state that the party desires to appeal; (4) state the court to which the appeal is taken unless the appeal is to either the First or Fourteenth Court of Appeals, in which case the notice must state that the appeal is to either of those courts; and (5) state the name of each party filing the notice.

Appellant did not file his Notice of Appeal until April 13, 2016—two days after his deadline to perfect his appeal had passed. A true and correct copy of Appellant's Notice of Appeal is attached hereto as **Exhibit "B."** In addition to being untimely, Plaintiff's Notice of Appeal did not fulfill any of the requirements set forth by Rule 25.1(d).

On April 14, 2016, the Clerk of the Court of Appeals sent two letters to Appellant. The first letter stated that the Appellant had until April 22, 2016 to submit the $205.00 filing fee and docketing statement under Tex. R. App. P. 5 and 32.1. A true and correct

copy of this letter is attached hereto as **Exhibit "C."** The second letter informed Appellant that his Notice of Appeal was defective under Rule 25.1, and he was required to file an amended notice by April 22, 2016 correcting these deficiencies. The Clerk stated that "failure to file this amended notice of appeal by April 22, 2016 may result in dismissal for want of jurisdiction." A true and correct copy of this letter is attached hereto as **Exhibit "D."**

Appellant did not file any of the motions listed in Rule 26.1 which would have worked to extend the deadline for Appellant to file his Notice of Appeal. A copy of the District Court's docket sheet is attached hereto as **Exhibit "E,"** which establishes that no post-trial motions were filed which would have operated to extend Appellant's deadline to file his Notice of Appeal.

As Appellant's Notice of Appeal was not timely filed, this case should be dismissed. In addition, Appellant failed to file an Amended Notice of Appeal in compliance with this Court's instruction or submitted a Notice that complies with Rule 25.1(d). Nor has Appellant issued payment for any of the required appellate filing fees in compliance with the Court's instruction. This Appeal, therefore, should be dismissed for lack of jurisdiction.

Respectfully submitted,

By: */s/ Arthur K. Smith*
    Arthur K. Smith
    State Bar No. 18534100

LAW OFFICES OF ARTHUR K. SMITH, A
PROFESSIONAL CORPORATION
507 Prestige Circle
Allen, Texas 75002-3438
Telephone: (469) 519-2500
Facsimile: (469) 519-2555
E-mail: asmith@aksmithlaw.com

ATTORNEYS FOR APPELLEE
HOME DEPOT U.S.A., INC.

## CERTIFICATE OF CONFERENCE

The undersigned attorney for Appellee Home Depot U.S.A., Inc. certifies that I have conferred with Appellant, Jose Soliz, regarding the relief requested in Appellee Home Depot U.S.A., Inc.'s Motion to Dismiss for Lack of Jurisdiction filed with the Court on June 20, 2016, and Appellant is opposed to the relief requested in said Motion.

*/s/ Sean W. Fleming*
Sean W. Fleming

# CERTIFICATE OF SERVICE

As required by the Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on June 20, 2016 as follows:

Mr. Jose A. Soliz
1317 Sunny Meadows Loop
Georgetown, TX 78626
*Appellant, pro se*
*By Certified Mail, Return Receipt Requested*

By: _____*/s/ Arthur K. Smith*_____
Arthur K. Smith

Date:__06/20/2016_____

Exhibit "A"

| | | |
|---|---|---|
| JOSE A. SOLIZ | § | IN THE DISTRICT COURT |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | 26TH JUDICIAL DISTRICT |
| | § | |
| HOME DEPOT CORPORATION | § | |
| | § | |
| DEFENDANTS. | § | WILLIAMSON COUNTY, TEXAS |

## ORDER OF DISMISSAL FOR WANT OF JURISDICTION

ON THIS DAY came on to be heard the Motion to Dismiss for Want of Jurisdiction filed in this lawsuit by Defendant Home Depot, USA, Inc. ("Defendant"), and the Court, after considering the Motion, pleadings and other papers on file herein, is of the opinion that the Motion should be in all things GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Motion to Dismiss for Want of Jurisdiction filed by Defendant is hereby GRANTED.

SIGNED this the ___9___ day of ___March___ , 2016.

_____
JUDGE PRESIDING

FILED
at 11:20 o'clock ___A___ M

MAR 10 2016

District Clerk, Williamson Co., TX.

Envelope# 9404321

---

Exhibit "B"

No: 15-0400-C26

Jose A. Soliz
§
*Plaintiff*

VS.
§

Home Depot Inc. USA §
*Defendant*

In the Justice Court of

Williamson County, Texas

Precinct One

## JUSTICE COURT APPEAL BOND

WHEREAS on the _18_ day of _March_, 20_16_, before Dain Johnson, Justice of the Peace, Precinct One in Williamson County, Texas, _No One_, recovered a Judgment against _Home Depot USA_ for the sum of $ _5,000,000._, plus costs of suit, from which the said _Jose A. Soliz_ desires to appeal to the County Court of Williamson County, Texas. The appeal bond was set at $ _10,000,000._.

MOREOVER, we, _Jose A. Soliz_, as principal, and _Jose Alfredo Soliz_ and _____, as sureties, ACKNOWLEDGE OURSELVES BOUND to pay to _What the court asks_ the sum of $ _Zero Dollars_, being double the amount of said Judgment, CONDITIONED that _Justice Prudence_ prosecute this appeal to effect, and shall, pay off and satisfy the judgment, if any, which may be rendered on appeal.

WITNESS our hand this the _18_ day of _March_, 20_16_.

_Jose A. Soliz_
~~PRINCIPAL~~

_Jose Alfredo Soliz_
SURETY #1 – along with *"Affidavit of Surety"*

_____
SURETY #2 – along with *"Affidavit of Surety"*

APPROVED to form on this the _18_ day of _March_, 20_16_.

_____
DAIN JOHNSON
Justice of the Peace, Pct 1
Williamson County, Texas

The State of Texas
County of Williamson

# AFFIDAVIT OF SURETY #1

I, __Jose A. Soliz__, do swear that I am worth, in my own right, at least the sum of $ __2,000,000.⁰⁰__, after deducting from my property all that which is exempt by the Constitution and Laws of the State from forced sale, and after the payment of all debts, and after satisfying all encumbrances upon my property which are known to me; that I reside in __Williamson__ County and have property in this State liable to execution worth said amount or more.

_____
Surety's Signature #1

_____
Surety's Address   1317 Sunny Meadows Loop

Sworn to and subscribed before me this __18__ day of __March__, 20__16__.

_____
Court Clerk or Texas Notary Public

The State of Texas
County of Williamson

# AFFIDAVIT OF SURETY #2

I, _____, do swear that I am worth, in my own right, at least the sum of $_____, after deducting from my property all that which is exempt by the Constitution and Laws of the State from forced sale, and after the payment of all debts, and after satisfying all encumbrances upon my property which are known to me; that I reside in _____ County and have property in this State liable to execution worth said amount or more.

_____
Surety's Signature #2

_____
Surety's Address

Sworn to and subscribed before me this _____ day of _____, 20_____.

_____
Court Clerk or Texas Notary Public

Cause No. 15-0400-C26

Jose A. Soliz                                                  In The District Court

      Plaintiff,

V.                                                            26th Judicial District

Home Depot USA, Corporation

      Defendants,                                     Williamson County, Texas

---

## Plaintiffs' Original Petition

---

## Discovery and Control Plan

Discovery in this case is intended to be conducted under Level 3 pursuant to Texas Rules of Civil

Procedures 190 and 190.3

## Parties Jurisdiction and Venue

**Plaintiff:** Jose Alfredo Soliz          **Defendant:** Home Depot USA Corporation
       1317 Sunny Meadows Loop             2455 Pace Ferry Road NW
       Georgetown, Texas 78626               Atlanta, GA. 30339
       solfred@swbell.net                    1-770-433-8211
       512-925-0563

The plaintiff Jose A. Soliz will be representing himself and the defendant will be represented by

a firm appointed by the defendant Home Depot Corporation.

**Contact:** The court may contact either party at any time.

**Complaint:**

## Class Action Complaint

Now comes forth Jose A. Soliz the plaintiff representing himself. The following explains the negligence involved in a matter against the defendant Home Depot USA Corporation. Home Depot Corporation is accused of excepting a credit card number without proof of identification at 7:40pm. March 7, 2015 at the Home Depot #582 San Antonio, Texas 78232. Their policy states that credit card numbers are not allowed to be processed at there place of business without proof of identification and they did. At the time the plaintiff had his credit card and his drivers liscense. Home Depot was negligent and did except a credit card number without proof of identification causing the account to freeze due to Bank One detected fraud. A credit card number was used without identification, therefore making the act unprecedented. The plaintiff states, that without Home Depots' act the transaction would have processed. Home Depot cause havoc, embarrassed the plaintiff Jose A. Soliz at a convenient store, making him late for work, and angry.

## Nature Of The Case and Background Facts

1) The defendant Home Depot USA Corporation excepted a credit card number without proof of identification at 7:40 pm. March 7, 2015 at the location Home Depot #582 San Antonio, Texas 78323.

2) The situation cause havoc at JP Morgan Chase & Co. 270 Park Avenue in Manhattan, New York, U.S. and Speedy Stop 551 University Round Rock, Texas 78664. The plaintiffs' account was frozen due to the negligent act performed by an employee at the defendants store Home Depot #582 San Antonio, Texas 78232 at 7:40pm. March 7, 2015. The card number was processed and the defendant was suppose to ask for proof of identification, therefore their was

a discrepancy at JP Morgan Chase & Co. and they were compelled to freeze the plaintiffs account because fraud was detected. The store is owned by the defendant Home Depot USA Corporation and they are being accused of negligence, harming the defendant at Speedy Stop convenience store #551 University Round Rock, Texas 78664 at his subdivision Terra Vista, Round Rock and Georgetown, Texas. Home Depots' policy states, no transaction should be processed using a credit card number unless proof of identification is presented. When the transaction was processed the plaintiff Jose A. Soliz had his drivers license, therefore Home Depot USA Corporation caused a tort by breaking their policy. The act was unprecedented even if state law states, Bank One should return funds within 24 to 48 hours. The account was frozen because the bank detected fraud due to the act.

3) Jose A. Soliz was on his way to work on March 8, 2015 at 5:00pm. and stopped at the Speedy Stop to get gas. The plaintiffs' debit, credit card was denied twice at the pump and twice inside the store, embarrassing him, making him late for work, ruining his chances for promotion, and making him upset and very mad. The plaintiff Jose A. Soliz then called his bank and yelled at the JP Morgan Chase Bank associate at 5:07pm. and 5:09 pm. because he didn't understand why his debit, credit card was declined four times, twice at the pump and twice inside making the plaintiff, Jose A. Soliz late for work and very upset making him feel bad.

4) Home Depot store #582 San Antonio, Texas 78232, Phone Number (210-545-1431) process a transaction without authorization, therefore going against their policy and causing a tort. They are being accused of negligence where JP Morgan Chase Bank detected fraud and was forced to freeze the account. Without Home Depot USA Corporations act the bank would not detect fraud therefore unprecedented.

5) Soon after the transaction was processed the Plaintiff, Jose A. Soliz filed a claim with JP Morgan Chase Bank, claim number 084150962440001 on March 8, 2015.

**Plaintiff Subpoena's**

The plaintiff Jose A. Soliz plans to subpoena employees from Home Depot, tapes, and records. The plaintiff will also subpoena JP Morgan Chase & Co. customer service employees, Vice-Presidents, Claim Specialists, and all records. The plaintiff will also subpoena Speedy Stop Cashiers, Store Managers, records, lost prevention tapes, and Lost Prevention Manager. Names will be given later.

**Remedies**

The manner in which this case evolved bring us to this point, rights musts be enforced, satisfied by a court when some harm has been inflected, and recognized by society as a wrongful act and in this case the plaintiff Jose A. Soliz is witness to these such acts. Compensatory Damages are the remedies seeked in this matter by the plaintiff Jose A. Soliz, mental anguish, embarrassment, and angry are the reasons this case is brought forth by the plaintiff Jose A. Soliz. A tort was inflicted by the defendant Home Depot USA Corporation at store #528 San Antonio, Texas 78232 on March 7, 2015 at the time 7:40pm. and we are ready to prove this in court.

**Damages Sought**

The plaintiff Jose A. Soliz has brought forth a claim where negligence will be proven and is asking five million dollars for remedies and justice. Understanding the policies that Home Depot Corporation has posted on line and in there places of business. Home Depot Corporation are accused of negligence and torting the plaintiff Jose A. Soliz on the date of March 7, 2015 at 7:40pm. The aftermath was harmful and damaging, therefore under policy the defendant Home Depot Corporation are being accuse and damages are sought for negligence.

1. Mental Anguish
2. Embarrassment
3. Interest provided by law

4. Any Legal Fees
5. P re-judgmented and post-judgment
6. Costs of court
7. Exemplary Damages

Plaintiff: Jose Alfredo Soliz

Dear Justice Prudence Johnson,

My name is Jose A. Soliz wishing to appeal case number 15-0400-126. Attached you will find my Justice Court Appeal Bond. This case was dismissed by Justice Prudence Downaking as I would like to appeal this case with evidence, that proves worthy of process. I have underlined the evidence that indeed is factual and unprecedented due to policy stated at the defendants place of business. Further a credit card number was stolen, not the credit card and no proof of identification was in their possession and it was processed. Their policy state, we will not except credit card number without a form of identification as they did. State law states only credit cards stolen will be processed by bank institutions for a minimum and funds returned in 24 or 48 hours. With you help of justice I would like to take this case to court.

Thank you,
Jose A. Soliz                Jose A. SY

Exhibit "C"



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                    JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

April 14, 2016

Mr. Jose A. Soliz                              Mr. Arthur Smith III
1317 Sunny Meadows Loop                        Law Offices of Arthur K. Smith
Georgetown, TX 78626                           507 Prestige Cir
* DELIVERED VIA E-MAIL *                       Allen, TX 75002-3438
                                               * DELIVERED VIA E-MAIL *

RE:   Court of Appeals Number:      03-16-00248-CV
      Trial Court Case Number:      15-0400-C26

Style:   Jose A. Soliz
         v. Home Depot, USA, Inc.

Dear Counsel and Mr. Soliz:

The Court has been advised that appellant has given notice of appeal. The cause in this Court will bear the number and style shown above. Appellant is requested to forward the $205.00 filing fee and a docketing statement to this Court on or before **April 22, 2016**. *See* Tex. R. App. P. 5, 32.1. If appellant has not already done so, he must make a written request to the clerk and the court reporter and make arrangements for payment of the record within ten days of the receipt of this notice. *See* Tex. R. App. P. 34.6(b)(1).

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *Courtland Crocker*
     Courtland Crocker, Deputy Clerk

cc:   The Honorable Lisa David        Ms. Cindy Kocher

Exhibit "D"

FILE COPY



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE                                                    JEFFREY D. KYLE, CLERK
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

April 14, 2016

Mr. Jose A. Soliz
1317 Sunny Meadows Loop
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    03-16-00248-CV
       Trial Court Case Number:    15-0400-C26

Style:    Jose A. Soliz
          v. Home Depot, USA, Inc.

Dear Mr. Soliz:

   The Court has directed me to request you to file an amended notice of appeal.  The amended notice of appeal must:  (1) identify the trial court and state the case's trial court number and style; (2) state the date of the judgment or order appealed from;  (3) state that the party desires to appeal; (4) state the court to which the appeal is taken unless the appeal is to either the First or Fourteenth Court of Appeals, in which case the notice must state that the appeal is to either of those courts; and (5) state the name of each party filing the notice. *See* Tex. R. App. P. 25.1.

   Failure to file this amended notice of appeal by **April 22, 2016**, may result in dismissal for want of jurisdiction

         Very truly yours,

         JEFFREY D. KYLE, CLERK

        BY:  *Courtland Crocker*
         Courtland Crocker, Deputy Clerk

cc:    The Honorable Lisa David                Mr. Arthur Smith III

Exhibit "E"

# REGISTER OF ACTIONS
## CASE NO. 15-0400-C26

| | | |
|---|---|---|
| Jose A. Soliz vs. Home Depot Headquarters | § § § § § | Case Type: **Other - Civil**<br>Date Filed: **04/20/2015**<br>Location: **26th Judicial District Court** |

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| | | | **Lead Attorneys** |
| **Defendant** | Home Depot Corporation | | **Arthur K Smith**<br>*Retained*<br>469-519-2500(W) |
| | | | |
| **Plaintiff** | **Soliz, Jose A.** | | **Pro Se** |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

03/09/2016 **Order of Dismissal** (Judicial Officer: King, Donna)

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/20/2015 | **Original Petition (OCA)** |
| 04/20/2015 | **Case Information Sheet** |
| 04/20/2015 | **Citation by Certified Mail** |

    Home Depot Headquarters    Served    04/24/2015
                                     Returned    05/04/2015

| | |
|---|---|
| 08/12/2015 | **Amended Petition** |
| 01/22/2016 | **Defendant's Original Answer** |
| 01/26/2016 | **Notice of Hearing** |
| 03/02/2016 | **Unsigned Order** |
| 03/03/2016 | **Cover Letter** |
| 03/09/2016 | **Order to Dismiss** |
| 03/15/2016 | **Notice of Dismissal Mailed** |
| 04/13/2016 | **Appeal Bond** |
| 04/14/2016 | **Letter** |
| 04/14/2016 | **Letter From Court of Appeals** |
| 04/14/2016 | **Letter From Court of Appeals** |
| 05/13/2016 | **Letter From Court of Appeals** |
| 05/16/2016 | **Extension** |
| 05/16/2016 | **Letter** |
| 05/16/2016 | **Miscellaneous** |
| 05/25/2016 | **Letter** |
| 05/26/2016 | **Appeal Record** |
| 05/26/2016 | **Clerk's Record Mailed** |
| 05/26/2016 | **Letter From Court of Appeals** |
| 06/15/2016 | **Record** |